■ (A) The People of the State of New York v. Oscar Case. (B) The People of the State of New York v. Bobby Sams. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ. (C) The People of the State of New York v. Benedetto Romeo. (D) Idalia Padilla et al. v. Montebello Coal and Fuel Oil Corp. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.— [In each action] Motion for leave to appeal as poor persons granted to the extent and on the terms and conditions contained in the order of this court filed herein.

## (May 12, 1961)

■ Sales Co. of America, Inc., v. Phillips Knitting Mills, Inc., et al.— Motion for a stay granted on default. The time of the defendants-respondents-appellants within which to serve their answer is extended until 10 days after service upon their attorney of a copy of the order of this court determining the appeal, with notice of entry thereof. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ Renault, Inc., v. Auto Imports, Ltd., et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ In the Matter of Marjorie J. Trate v. Anna M. Kross, as Commissioner of Correction of the City of New York.— Motion for an order adding this proceeding to the June 1961 Term Enumerated Calendar granted on condition that the petitioner files a notice of argument for the June 1961 Term of this court on or before May 22, 1961. Respondent's points are to be served and filed on or before May 29, 1961. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ Louis I. Nash v. Gay Apparel Corporation et al.— Motion for an order adding appeal to the May or June 1961 Term Enumerated Calendar granted to the extent of placing the appeal at the foot of the June 1961 Term Enumerated Calendar of this court, on condition that the appellants procure their appellants' points to be served and filed on or before May 25, 1961, with notice of argument for the June 1961 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before June 7, 1961. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ In the Matter of Israel G. Young v. Newbold Morris, as Commissioner of Parks of the City of New York.— Motion for an order adding appeal to the June 1961 Term Enumerated Calendar granted and the appeal placed at the foot of the June 1961 Term Enumerated Calendar of this court, on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before May 22, 1961, with notice of argument for the June 1961 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before June 5, 1961. In all other respects, the motion is denied. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.